UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| WAYNE POZZI AND KELLY POZZI § | | |
|     Plaintiffs, § | | |
| § | | |
| vs. § | 6:16-cv-00061 | |
| § | Civil Action Number | |
| STATE AUTOMOBILE MUTUAL § | | |
| INSURANCE COMPANY, GSM INSURORS § | Jury | |
| SERVICES OF SOUTH TEXAS, INC. and § | | |
| JAMES FLY, § | | |
|     Defendants. § | | |

**PLAINTIFFS' MOTION TO REMAND FOR
LACK OF JURISDICTION**

TO THE HONORABLE COURT:

NOW COME Plaintiffs Wayne Pozzi and Kelly Pozzi ("Plaintiffs") and file this motion to remand for Lack of Jurisdiction, and in support thereof respectfully show the Court as follows:

**I.
BACKGROUND**

1. Plaintiffs file their motion to remand this case for lack of subject matter jurisdiction.

2. On August 8, 2016, Plaintiffs filed a Petition in the District Court of Victoria County, Texas, Cause No. 16-08-79946-D, alleging that State Automobile Mutual Insurance Company ("State Auto") breached its contractual obligations under a policy of commercial property insurance, and violated the Texas Insurance Code.

3. On September 16, 2016, State Auto filed its Notice of Removal to this Court [Dkt. 1] under 28 U.S.C. §1446(a), asserting jurisdiction pursuant to 28 U.S.C. §1332(a) (diversity

jurisdiction). In that regard, State Auto alleged that Plaintiffs are citizens of the State of Texas, while State Auto is a citizen of Ohio, and the amount in controversy exceeds $75,000.

4. On February 6, 2017, Plaintiffs filed their Unopposed Motion for Leave to Add Additional Parties and to Amend Pleadings [Dkt. 13], seeking to add GSM Insurors Services of South Texas, Inc. and James Fly as parties defendant.

5. On February 9, 2017, the Court entered its Order [Dkt. 16] granting Plaintiffs' Unopposed Motion for Leave to Add Additional Parties [Dkt. 16].

6. On February 9, 2017, Plaintiffs filed their First Amended Complaint [Dkt. 17], asserting claims against GSM Insurors Services of South Texas, Inc. and James Fly, and reciting that GSM Insurors Services of South Texas, Inc. is a Texas corporation with its principal place of business in Rockport, Texas, and that James Fly is a Texas citizen residing in Victoria, Texas.

7. State Auto's Notice of Removal was based exclusively on §1332(a), diversity of citizenship between all plaintiffs and all defendants. The unopposed addition of Defendants GSM Insurors Services of South Texas, Inc. and James Fly results in lack of diversity jurisdiction because Plaintiffs, Defendants GSM Insurors Services of South Texas, Inc. and James Fly are all citizens of the State of Texas for diversity purposes. Accordingly, this Court no longer has subject matter jurisdiction over this case, and the case must be remanded to the District Court in Victoria County, Texas.

## II.
### ARGUMENT AND AUTHORITIES

8. Pursuant to 28 U.S.C. § 1441(a), any civil action brought in a State court of which the district courts for the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

9. A motion to remand a case on the basis of lack of subject matter jurisdiction may be made at any time before final judgment. 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded"). Subject matter jurisdiction cannot be conferred or waived by consent, estoppel, or failure to challenge jurisdiction early in the proceedings. *See Ins. Corp. v. Compagnie des Bauxites*, 456 U.S. 694 (1982).

10. Accordingly, while this case was properly removed to this Court at the time of removal, the subsequent unopposed addition of non-diverse defendants negated diversity jurisdiction, and this Court must remand this action to state court.

## III.
### PRAYER

WHEREFORE, Plaintiffs request that this case be remanded to the District Court of Victoria County, Texas.

        Respectfully submitted,

        /s/ *Marvin W. Jones*
        SPROUSE SHRADER SMITH, PLLC
        Marvin W. Jones
        Attorney-in-charge
        Texas Bar No. 10929100
        Southern District of Texas Bar No. 1000748
        marty.jones@sprouselaw.com
        C. Brantley Jones
        Texas Bar No. 24079808
        Southern District of Texas Bar No. 2321854
        brantley.jones@sprouselaw.com
        P.O. Box 15008
        Amarillo, Texas 79105-5008
        Tel:  (806) 468-3300
        Fax: (806) 373-3454

        SPROUSE SHRADER SMITH, PLLC
        Bill W. Russell
        Of Counsel
        Texas Bar No. 17408600
        Southern District of Texas Bar No. 5445
        bill.russell@sprouselaw.com
        P.O. Box 4848
        Victoria, Texas 77903
        Tel: (361) 578-9661
        Fax: (361)578-9661

        *Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned contacted opposing counsel by electronic mail on May 19, 2017 regarding the merits of this motion.  Counsel for the State Automobile Mutual Insurance Company and  counsel for GSM Insurors Services of South Texas, Inc. and James Fly are not opposed to the relief sought.

        */s/ Marvin W.  Jones*
        Marvin W. Jones

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the Court's electronic filing system.  The electronic case filing system will send the "Notice of Electronic Filing" to the following attorneys who have consented in writing to accept this Notice as service of this document by electronic means.  Further, a true and correct copy of the above and foregoing instrument was sent in the United States mail, certified mail, return receipt requested to those who have not consented to electronic means.

Sterling Elza                                  selza@browndean.com
Alicia A. Murphy                         amurphy@browndean.com
BROWN DEAN PROCTOR & HOWELL LLP
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905
*Attorneys for Defendant State Automobile Insurance Co.*

Rick L. Oldenettel                       roldenettel@oldenettellaw.com
Mel Smith                                    msmith@oldenettellaw.com
OLDENETTEL & LONG
510 Bering Drive, Suite 675
Houston, Texas 77057
*Attorneys for Defendant GSM Insurors Services of South Texas, Inc. and James Fly*

　　　　　　　　　　　　　　　　　　　/s/ *Marvin W. Jones*
　　　　　　　　　　　　　　　　　　　Marvin W. Jones

956154_1.Docx/ 5092.02