Case 6:16-cv-00061   Document 31   Filed in TXSD on 07/01/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 03, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| WAYNE POZZI AND KELLY POZZI | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | 6:16-cv-00061 |
| | § | Civil Action Number |
| STATE AUTOMOBILE MUTUAL | § | |
| INSURANCE COMPANY | § | Jury |
| Defendant. | § | |
| | § | |

### ORDER GRANTING PLAINTIFFS' MOTION TO REMAND
### FOR LACK OF JURISDICTION

On this date, the Court considered Plaintiffs' unopposed 6.c.29. Motion to Remand for Lack of Jurisdiction ("Motion"), and having considered the Motion, the Court is of the opinion that the Motion should be, and hereby is **GRANTED**. This cause of action is hereby remanded to the Victoria County District Court under Cause No. 16-08-79946-D.

**IT IS SO ORDERED.**

SIGNED this 1st day of July, 2017.

George C. Hanks Jr.
JUDGE PRESIDING

994252_1.doc